**U.S. Department of Justice**

Washington, D.C. 20530

MAY 25 2006

**MEMORANDUM**

TO:     Maureen H. Killion, Director
        Office of Enforcement Operations
        Criminal Division

FROM:   Alice S. Fisher
        Assistant Attorney General
        Criminal Division

SUBJECT: Authorization for Interception Order Application

    This is with regard to your recommendation that I, an appropriately designated official of the Criminal Division, authorize an application to a federal judge of competent jurisdiction for an order under Title 18, United States Code, Section 2518, authorizing for a thirty (30) day period the interception of wire communications occurring to and from the cellular telephone bearing the number (907) 250-8322, subscribed to by Shemshedin Limani, 4126 E. 8th Avenue, Anchorage, Alaska, and accessed through international mobile subscriber identity (IMSI) number 310560120593540, in connection with an investigation into possible violations of Title 21, United States Code, Sections 841, 843(b), 846, and 856, and Title 18, United States Code, Sections 1956 and 1957, by Nedzat Miftari, Bekir Shabani, Azem Limani, Agim Delloli, Gzim Veseli, Ajdin Dzaferi, Zaim Selimoski, and other persons as yet unknown.

    By virtue of the authority vested in the Attorney General of the United States by Section 2516 of Title 18, United States Code, the Attorney General has by Order Number 2758-2005, dated February 24, 2005, designated specific officials in the Criminal Division to authorize applications for court orders authorizing the interception of wire or oral communications. As a duly designated official in the Criminal Division, this power is exercisable by me. WHEREFORE, acting under this delegated power, I hereby authorize the above-described application to be made by any investigative or law enforcement officer of the United States as defined in Section 2510(7) of Title 18, United States Code.

The authorization given is intended to apply not only to the target telephone number listed above, but to any other telephone number accessed through the IMSI number referenced above and to any other IMSI number accessed through the target telephone number within the thirty-day period. The authorization is also intended to apply to the target telephone number referenced above regardless of service provider, and to background conversations intercepted in the vicinity of the target telephone while the telephone is off the hook or otherwise in use.

Alice S. Fisher
Assistant Attorney General
Criminal Division

MAY 25 2006
Date

Barry Sabin
Acting Deputy Assistant Attorney General
Criminal Division